UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| **CHARLES H. PARKER**<br>      **LA. DOC #336890** | **CIVIL ACTION NO. 13-2964**<br>**SECTION P** |
| **VERSUS** | **JUDGE ROBERT G. JAMES** |
| **WARDEN, DAVID WADE**<br>**CORRECTIONS CENTER** | **MAGISTRATE JUDGE KAREN L. HAYES** |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and considering the objections to the Report and Recommendation in the record,

**IT IS ORDERED** that the Petition is deemed successive and filed in violation of the prior order of the United States Fifth Circuit Court of Appeals and that it be **TRANSFERRED** to that Court pursuant to 28 U.S.C. §1631 for further proceedings in accordance with the provisions of 28 U.S.C. § 2244(b) and the sanction order issued in *In re: Charles H. Parker, Jr.*, No. 09-30594.

**MONROE, LOUISIANA**, this 14th day of January, 2014.

*/s/ Robert G. James*
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE